# United States Navy-Marine Corps Court of Criminal Appeals

Before
KING, LAWRENCE, and STEWART
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Daniel C. POWERS**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201900262**

Decided: 25 June 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Wilbur Lee

Sentence adjudged 5 June 2019 by a special court-martial convened at Marine Corps Base Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eight months,[1] forfeiture of $1,100 pay per month for eight months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander W. Scott Stoebner, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The convening authority suspended confinement in excess of 60 days pursuant to a pre-trial agreement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59, 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court